FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 07, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KIMBER DOUGLAS and BRENT BABB, on their own behalves and as guardians for K.B. and B.B., their minor children,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES,<br><br>Defendants. | No.   2:20-cv-00078-SMJ<br><br>**ORDER ADOPTING PROTECTIVE ORDER** |

Before the Court, without oral argument, is Defendant Washington State Department of Social and Health Services' Motion for Protective Order, ECF No. 7. Defendant represents discovery in this matter will include information that is privileged and confidential under state and federal law and may only be disclosed pursuant to a protective order. *Id.* at 1–10. Defendant represents Plaintiffs do not object to entry of the proposed protective order. *Id.* at 4. Having reviewed Defendant's motion, the relevant authorities, and the terms of the proposed protective order, the Court finds good cause to adopt the proposed order that will govern discovery in this matter.

ORDER ADOPTING PROTECTIVE ORDER – 1

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant's Motion for Protective Order, **ECF No. 7**, is **GRANTED**.

2. Pursuant to Federal Rule of Civil Procedure 26(c), Defendant's proposed Protective Order, **ECF No. 7-1**, is **APPROVED**, **ADOPTED**, and **INCORPORATED** in this Order by reference.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 7th day of May 2020.

_____
SALVADOR MENDOZA, JR.
United States District Judge