FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 22, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KIMBER DOUGLAS and BRENT BABB, on their own behalves and as guardians for K.B. and B.B., their minor children,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES,<br><br>Defendants. | No.   2:20-cv-00078-SMJ<br><br>**ORDER ADOPTING PROTECTIVE ORDER** |

Before the Court, without oral argument, is Plaintiffs' Motion for Appointment of Guardian Ad Litem, ECF No. 15. Consistent with Local Civil Rule 17(c)(3), Plaintiffs seek appointment of a guardian ad litem to represent the interests of their minor children, K.B. and B.B., in this matter. *Id.* at 1–2. Plaintiffs have identified three attorneys admitted to practice before this Court willing to serve as guardian ad litem. *Id.* at 2–3.

Having reviewed Plaintiff's motion and the file in this matter, the Court is fully informed. The Court finds K.B. and B.B. are minor children for whom appointment of a guardian ad litem is appropriate. *See id.* at 1. Having reviewed the

ORDER ADOPTING PROTECTIVE ORDER – 1

qualifications of the three attorneys willing to serve as guardian ad litem in this matter, the Court appoints attorney Mark Harris, of Maxey Law Office, PLLC, to serve in that role.

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiffs' Motion for Appointment of Guardian Ad Litem, **ECF No. 15**, is **GRANTED**.

2. Attorney Mark Harris, of Maxey Law Office, PLLC, is **APPOINTED** as guardian ad litem for minor Plaintiffs K.B. and B.B. and shall have the authority to evaluate the matters on their behalf.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 22nd day of July 2020.

_____
SALVADOR MENDOZA, JR.
United States District Judge