FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 20, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KIMBER DOUGLAS and BRENT BABB, on their own behalves and as guardians for K.B. and B.B., their minor children,<br><br>               Plaintiffs,<br><br>    v.<br><br>WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES,<br><br>               Defendant. | No.  2:20-cv-00078-SMJ<br><br>**ORDER DISMISSING CASE** |

On April 18, 2021, the parties filed a Stipulation and Motion for Approval of Settlement and Dismissal of Defendant, ECF No. 24. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED**:

**1.** The parties' Stipulation and Motion for Approval of Settlement and Dismissal of Defendant, **ECF No. 24**, is **GRANTED**.

**2.** All claims are **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs and attorney fees.

ORDER DISMISSING CASE – 1

**3.** The Settlement Agreement between the Parties, attached as **Exhibit A** to **ECF No. 24**, is **APPROVED**.

**4.** The distribution of funds set forth in the Settlement Agreement and fees requested by Guardian ad Litem Mark Harris are **APPROVED**.

**5.** All pending motions are **DENIED AS MOOT**.

**6.** All hearings and other deadlines are **STRICKEN**.

**7.** The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 20th day of April 2021.

_____
SALVADOR MENDOZA, JR.
United States District Judge